UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN VITA,<br><br>For herself and the Class,<br><br>v.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, INC.,<br><br>Defendant. | No. 25-cv-11383-JEK |

**DEFENDANT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT, WITH PREJUDICE**

For the reasons set forth in the attached memorandum, Defendant Beth Israel Deaconess Medical Center, Inc. ("the Hospital") hereby moves, pursuant to Rule 12(b)(6), for dismissal (with prejudice) of all counts of Plaintiff Kathleen Vita's Amended Complaint.

**REQUEST FOR ORAL ARGUMENT**

The Hospital requests oral argument on this motion to afford counsel the opportunity to address any questions the Court may have about the parties' positions after reviewing all briefing.

Respectfully submitted,

BETH ISRAEL DEACONESS MEDICAL CENTER, INC.

By its attorneys,

/s/ *David Quinn Gacioch*
David Quinn Gacioch (BBO# 660784)
Max Doherty (BBO# 713020)
McDermott Will & Emery LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
dgacioch@mwe.com
mdoherty@mwe.com

Dated: June 13, 2025

Telephone: (617) 535-4000
Fax: (617) 535-3800

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

As this motion seeks dismissal, with prejudice, of Plaintiff's Amended Complaint in its entirety, there is no basis on which the parties can resolve or narrow the issues raised voluntarily.

*/s/ David Quinn Gacioch*
David Quinn Gacioch (BBO#660784)

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 13, 2025.

*/s/ David Quinn Gacioch*
David Quinn Gacioch (BBO#660784)